OPINION — AG — SENATE BILL NO. 359, SECOND REGULAR SESSION, THIRTY SIXTH OKLAHOMA LEGISLATURE (1978), AUTHORIZES AND PERMITS CONCURRENT JURISDICTION AND ALLOWS A PRELIMINARY HEARING TO BE HELD IN THE CRIMINAL DIVISION OF THE DISTRICT COURT. A JUVENILE MAY CONTEST SUCH HEARING BY FILING A PETITION TO BE CERTIFIED AS A CHILD, A A PART OF THAT PROCEEDING MUST BE SET ASIDE FOR THAT PURPOSE. (NATHAN J. GIGGER)